

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00841-CV

**IN RE** Rowland **MARTIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: December 17, 2014

PETITION FOR WRITS OF MANDAMUS AND PROHIBITION DENIED

On December 3, 2014, relator Rowland Martin filed an original proceeding seeking writs of mandamus and prohibition. On December 8, 2014, relator filed an emergency motion for temporary relief pending a ruling on the petition. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writs of mandamus and prohibition is denied. *See* TEX. R. APP. P. 52.8(a). Because this court has issued a stay in the related and currently pending interlocutory appeal, No. 04-14-00483-CV, relator's emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CI07644, styled *Edward L. Bravenec and 1216 West Ave., Inc. v. Rowland Martin Jr.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.